UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>COBEL GLASS PROPERTIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-03990-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 25 |

Pursuant to stipulation for dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: April 23, 2018

_____
WILLIAM H. ORRICK
United States District Judge